# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: DEASON, KIMBERLY MARYSTEWART | § | Case No. 10-73594 |
| | § | |
| AKA RAMSETT, KIMBERLY | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 11/02/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/__/_____   By: ___/s/ STEPHEN G. BALSLEY___
                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DEASON, KIMBERLY MARYSTEWART | § | Case No. 10-73594 |
| | § | |
| AKA RAMSETT, KIMBERLY | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.34 |
| *and approved disbursements of* | $ 1,179.97 |
| *leaving a balance on hand of* [1] | $ 6,320.37 |
| **Balance on hand:** | $ 6,320.37 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | IRS Priority Debt | 2,650.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,320.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,500.03 | 0.00 | 1,500.03 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,000.00 | 0.00 | 3,000.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,500.03 |
| Remaining balance: | $ 1,820.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,820.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,948.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | IRS Priority Debt | 1,948.53 | 0.00 | 1,820.34 |

Total to be paid for priority claims: $ 1,820.34
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,793.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NCO PORTFOLIO MANAGEMENT | 289.80 | 0.00 | 0.00 |
| 2 | Asset Acceptance LLC assignee NICOR GAS COMPANY | 1,182.90 | 0.00 | 0.00 |
| 3U | IRS Priority Debt | 1,186.13 | 0.00 | 0.00 |
| 4 | Caldwell, Berner & Caldwell | 13,594.25 | 0.00 | 0.00 |
| 5 | Portfolio Recovery Associates, LLC | 20,540.66 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/STEPHEN G. BALSLEY
                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-73594-MB
Kimberly MaryStewart Deason                                               Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: Oct 12, 2011
                              Form ID: pdf006            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
```
db          +Kimberly MaryStewart Deason,    260 BEACH DR,    Algonquin, IL 60102-2502
15869655     Advocate Good Shepherd,    Bankruptcy Department,    450 W Hwy 33,    Barrington, IL 60010
15869657    +Advocate Health Care,    Attn: Bankruptcy Dept.,    22393 Network Pl.,    Chicago, IL 60673-1223
15869654    +Barrington Anes Assoc,    Bankruptcy Department,    PO BOX 66202,    Chicago, IL 60666-0202
15869653     Barrington Surgeons,    Attn: Bankruptcy Dept.,    27750 W Hwy Ste 130,    Barrington, IL 60010
15869649    +Caldwell, Berner & Caldwell,    Attn: Bankruptcy Dept.,    PO BOX 1289,    Woodstock, IL 60098-1289
15869639    +Cingular,    C/O Afni, INC.,    Po Box 3427,    Bloomington, IL 61702-3427
15869650    +Citi Cards,    Bankruptcy Department,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
15869635    +Comcast,    C/O Credit Protection ASSO,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
15869644    +Comcast Chicago Seconds - 1000,    C/O Credit Management LP,    4200 International Pkwy,
              Carrollton, TX 75007-1912
15869646    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15869647    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15869631    +F K & M Law Offices Llc,    Attn: Bankruptcy Dept.,    1920 Thoreau Dr,    Suite 113,
              Schaumburg, IL 60173-4151
16128417    +FK & M Law offices LLC,    attn: BK Dept,    1920 Thoreau Dr,    Schaumburg, IL 60173-4176
15869636    +Harris & Harris LTD,    Attn: Bankruptcy Dept.,    600 W Jackson Blvd Ste 4,
              Chicago, IL 60661-5675
15869662    +IRS Priority Debt,    POB 7346,    Philadelphia, PA 19101-7346
15869661     Illinois Department of Revenue,    Bankruptcy Department,    PO Box 19035,
              Springfield, IL 62794-9035
15869633    +KCA Financial SVCS,    Attn: Bankruptcy Dept.,    628 North St,    Geneva, IL 60134-1356
15869632     Kane County Clerk,    Doc#08 AR 417,    719 S. Batavia Ave.,    Geneva, IL 60134-3077
16128416    +Kubs Capital LLC,    c/o FK&M Law Offices LLC,    1920 Thoreau Dr,    SChaumburg, IL 60173-4176
15869630    +Kubs Capital Llc,    c/o FKM Law Offices,    1920 Thoreau Dr,    Suite 113,
              Schaumburg, IL 60173-4176
15869645    +MRSI,    Attn: Bankruptcy Dept.,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
15869660    +Medical Business Bureau,    Bankruptcy Department,    PO Box 1219,    Park Ridge, IL 60068-7219
16128418    +Midwest Diagnostic Pathology,    attn: BK Dept,    75 Remittance Dr Suite 3070,
              Chicago, IL 60675-3070
17080253     NCO PORTFOLIO MANAGEMENT,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15869638    +NCO/ASGNE OF SBC,    C/O NCO FIN/22,    507 Prudential Rd,    Horsham, PA 19044-2308
17416489   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Providian National Bank,
              POB 41067,    Norfolk VA 23541)
15869640    +Paradise Valley Municipal COUR,    C/O Valley Collection SERV,    7025 N 58Th Ave,
              Glendale, AZ 85301-2424
15869643    +Providian National BANK,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4962
15869659    +Sherman Hospital,    Attn: Bankruptcy Department,    934 Center St.,    Elgin, IL 60120-2125
15869648    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15869658    +Tri-County Emergency Physician,    Bankruptcy Department,    PO Box 369,
              Barrington, IL 60011-0369
15869656    +Wellington Radiology Group,    Bankruptcy Department,    39006 Treasury Center,
              Chicago, IL 60694-9000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17125140    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 13 2011 03:45:08
              Asset Acceptance LLC assignee NICOR GAS COMPANY,    PO Box 2036,    Warren, MI 48090-2036
15869634    +E-mail/Text: clerical.department@yahoo.com Oct 13 2011 03:46:09     Creditors Collection B,
              Attn: Bankruptcy Dept.,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15869642    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 13 2011 03:45:08     Nicor GAS Company,
              C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15869641*    +Creditors Collection B,    Attn: Bankruptcy Dept.,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
15869637*    +Harris & Harris LTD,    Attn: Bankruptcy Dept.,    600 W Jackson Blvd Ste 4,
              Chicago, IL 60661-5675
15869651    ##+First National Collection,    3631 Warren Way,    Reno, NV 89509-5241
15869652    ##+Resurgence Financial,    Bankruptcy Department,    4100 Commercial Avenue,
              Northbrook, IL 60062-1833
                                                                                      TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Oct 12, 2011
                              Form ID: pdf006            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**    _Joseph Speetjens_