**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: DEASON, KIMBERLY MARYSTEWART § Case No. 10-73594
§
AKA RAMSETT, KIMBERLY §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,150.00 *(without deducting any secured claims)* | Assets Exempt: $2,650.00 |
| Total Distribution to Claimants: $1,820.34 | Claims Discharged Without Payment: $141,732.93 |
| Total Expenses of Administration: $5,680.00 | |

3) Total gross receipts of $ 7,500.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,650.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,288.00 | 5,680.00 | 5,680.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,275.00 | 1,948.53 | 1,948.53 | 1,820.34 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 141,332.00 | 36,793.74 | 36,793.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $147,607.00 | $50,680.27 | $44,422.27 | $7,500.34 |

4) This case was originally filed under Chapter 7 on July 20, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2012          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial Deli Corporation Stock | 1229-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | IRS Priority Debt | 4110-000 | N/A | 2,650.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,650.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,500.03 | 1,500.03 | 1,500.03 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 6,608.00 | 3,000.00 | 3,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.25 | 8.25 | 8.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 8.72 | 8.72 | 8.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | N/A | 165.00 | 165.00 | 165.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| RSM McGladrey, Inc. | 3410-000 | N/A | 973.00 | 973.00 | 973.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,288.00 | 5,680.00 | 5,680.00 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | IRS Priority Debt | 5800-000 | 5,109.00 | 1,948.53 | 1,948.53 | 1,820.34 |
| NOTFILED | Illinois Department of Revenue Bankruptcy | 5200-000 | 1,166.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 6,275.00 | 1,948.53 | 1,948.53 | 1,820.34 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NCO PORTFOLIO MANAGEMENT | 7100-000 | 290.00 | 289.80 | 289.80 | 0.00 |
| 2 | Asset Acceptance LLC assignee NICOR GAS COMPANY | 7100-000 | 1,182.00 | 1,182.90 | 1,182.90 | 0.00 |
| 3U | IRS Priority Debt | 7100-000 | N/A | 1,186.13 | 1,186.13 | 0.00 |
| 4 | Caldwell, Berner & Caldwell | 7100-000 | 11,372.00 | 13,594.25 | 13,594.25 | 0.00 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 24,843.00 | 20,540.66 | 20,540.66 | 0.00 |
| NOTFILED | KCA Financial SVCS | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Kubs Capital Llc | 7100-000 | 42,599.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris LTD | 7100-000 | 2,073.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris LTD | 7100-000 | 565.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau Bankruptcy Department | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Paradise Valley Municipal COUR C/O Valley Collection | 7100-000 | 289.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Physician Bankruptcy | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group Bankruptcy Department | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 503.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| NOTFILED | MRSI | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Bankruptcy Department | 7100-000 | 29,818.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IRS Priority Debt | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Bankruptcy Department | 7100-000 | 20,541.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Health Care | 7100-000 | 656.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast C/O Credit Protection ASSO | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Chicago Seconds - 1000 C/O Credit Management | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Cingular C/O Afni, INC. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Anes Assoc Bankruptcy Department | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Surgeons | 7100-000 | 1,720.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 151.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 141,332.00 | 36,793.74 | 36,793.74 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73594  
**Case Name:** DEASON, KIMBERLY MARYSTEWART  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/20/10 (f)  
**§341(a) Meeting Date:** 09/02/10  

**Period Ending:** 02/08/12  
**Claims Bar Date:** 06/27/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking account with Citi Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Books, Compact Discs, Tapes/Records, Family Pict | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Necessary wearing apparel. | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Earrings, watch, costume jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | unknown amount of back due child support | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Commercial Deli Corporation Stock  (u) | 7,500.00 | 7,500.00 | DA | 7,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.34 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$10,150.00** | **$7,500.00** | | **$7,500.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 21, 2011    **Current Projected Date Of Final Report (TFR):**    September 28, 2011  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-73594
**Case Name:** DEASON, KIMBERLY MARYSTEWART

**Taxpayer ID #:** **-***5305
**Period Ending:** 02/08/12

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******26-65 - Money Market Account
**Blanket Bond:** $373,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/11 | {8} | Deli-Time, LLC | Bankruptcy Estate's interest in Commercial Deli Corp. Stock | 1229-000 | 7,500.00 | | 7,500.00 |
| 04/22/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,500.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 7,500.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,500.11 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-73594 | 2300-000 | | 8.25 | 7,491.86 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,491.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,491.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.72 | 7,483.26 |
| 08/22/11 | 1002 | Illinois Department of Revenue | 2010 State Taxes - FEIN 38-6965305 | 2820-000 | | 165.00 | 7,318.26 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,318.32 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,293.32 |
| 09/21/11 | 1003 | RSM McGladrey, Inc. | Accountant Fees | 3410-000 | | 973.00 | 6,320.32 |
| 09/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 6,320.37 |
| 09/28/11 | | To Account #9200******2666 | Transfer funds from MMA to Checking Account | 9999-000 | | 6,320.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.34 | 7,500.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,320.37 | |
| | | | **Subtotal** | | 7,500.34 | 1,179.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.34** | **$1,179.97** | |

{} Asset reference(s)

Printed: 02/08/2012 02:58 PM V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73594  
**Case Name:** DEASON, KIMBERLY MARYSTEWART  

**Taxpayer ID #:** **-***5305  
**Period Ending:** 02/08/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/11 | | From Account #9200******2665 | Transfer funds from MMA to Checking Account | 9999-000 | 6,320.37 | | 6,320.37 |
| 11/02/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,000.00 | 3,320.37 |
| 11/02/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,500.03, Trustee Compensation;  Reference: | 2100-000 | | 1,500.03 | 1,820.34 |
| 11/02/11 | 103 | IRS Priority Debt | Dividend paid  93.42% on $1,948.53; Claim# 3P; Filed: $1,948.53; Reference: | 5800-000 | | 1,820.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,320.37 | 6,320.37 | $0.00 |
| | | | Less: Bank Transfers | | 6,320.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,320.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,320.37** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******26-65** | 7,500.34 | 1,179.97 | 0.00 |
| **Checking # 9200-******26-66** | 0.00 | 6,320.37 | 0.00 |
| | **$7,500.34** | **$7,500.34** | **$0.00** |

{} Asset reference(s)                                                                                               Printed: 02/08/2012 02:58 PM   V.12.57